**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMARAY CARTER, | NO. CV 08-05973 PSG (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE JR., Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 10/21/09

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE